UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 8:13-cv-1462-T-24AEP

$25,000.00 IN U.S. CURRENCY,

    Defendant.
_____/

## **DEFAULT JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion, pursuant to Fed. R. Civ. P. Rule 55(b)(2), and Local Rule 7.03(i)(1), for entry of a Default Judgment of Forfeiture for the $25,000.00 in U.S. currency. (Doc. 15). Being fully advised of the relevant facts, the Court hereby finds the following:

On June 4, 2013, the United States filed a Verified Complaint for Forfeiture in Rem against $25,000.00 in U.S. currency ("Defendant Funds") that was seized on or about February 6, 2013, from a vehicle being driven by Phillip Wallace in Lee County, Florida. (Doc. 1).

The Defendant Funds have since been seized pursuant to a Warrant of Arrest *in Rem* issued by this Court as required by Supplemental Rule G(3)(b) & (c) of the Federal Rules of Civil Procedure. (Doc. 6).

On June 8, 2013, the United States commenced publication of the

above-referenced civil forfeiture action on its official website, www.forfeiture.gov, for a period of 30 consecutive days, through and including July 7, 2013, as required by Supp'l Rule G(4)(a)(i) & (iv)(C).  (Doc. 8).

On June 13, 2013, the United States sent notices of this forfeiture action, via certified United States mail and first class mail, to all known potential claimants, Phillip Patrick Wallace and Barbie's Only Inc., in accordance with the requirements of Supp'l Rule G(4)(b).  (Doc. 12-1).

Each Notice Package included: (1) a Notice of Complaint for Forfeiture *in Rem,* (2) copies of the Verified Complaint for Forfeiture *in Rem* and Warrant of Arrest *in Rem,* (3) an Acknowledgment of Receipt of Notice of Verified Complaint for Forfeiture, and (4) the Notice of Designation Under Local Rule 3.05.  The Notice of Forfeiture directed the recipients to file a Statement of Right or Interest with the Clerk of Court within 35 days after receipt of the notice.  (Doc. 12-1).

The Notice of Forfeiture specifically advised that in order to contest the United States' civil forfeiture complaint, the potential claimants were required to: (a) file a Statement of Right or Interest within 35 days after receipt of the notice; and (b) file an Answer within 21 days after filing the Statement of Right or Interest. The notice further instructed the potential claimants to file a Statement of Right or Interest and Answer with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602.  Finally, the notice advised that the "[f]ailure to follow the requirements set

forth above may result in judgment by default taken against you for relief demanded in the Complaint.  You may wish to seek legal advice to protect your interests."  (Doc. 12-1).

The United States has thus fulfilled its duties of notice under Local Rule 7.03, and Phillip Patrick Wallace and Barbie's Only Inc. failed to timely file a statement of right or interest, and the time for these individuals to file a claim or otherwise contest the forfeiture of the Defendant Funds has expired.

On September 4, 2013, the United States filed a Motion for Clerk's Entry of Default for Phillip Patrick Wallace and Barbie's Only Inc, and on September 6, 2013, pursuant to Fed. R. Civ. P. 55(a), the Clerk entered a Default as to those individuals for the Defendant Funds.  (Docs. 12, 13 and 14).

As no person or entity has filed either a claim or an answer to the complaint for forfeiture, or has otherwise appeared or answered in this regard, and the time to do so has expired, it is accordingly, hereby ORDERED AND ADJUDGED that:

(1) The United States' motion (Doc. 15) is **GRANTED**, and judgment of default is hereby entered against Phillip Patrick Wallace and Barbie's Only Inc. for failure to file a claim within 35 days from the receipt of notice of the forfeiture, as required under Supplemental Rule G(5)(a)(ii)(A).  Any further claims or statements of interest are time-barred.

(2) All right, title, and interest in the Defendant Funds is hereby forfeited to the United States of America, pursuant to 21 U.S.C. § 881(a)(6), Federal Rule of Civil Procedure 55(b)(2), and Local Rule 7.03(i)(1), and clear title

to the Defendant Funds is vested in the United States of America for disposition according to law.

DONE and ORDERED in Tampa, Florida, this <u>17th</u> day of October, 2013.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
James A. Muench